J. M. Connery, appellant, v. Pennsylvania Railroad Company and The Pennsylvania Company, appellees. Gen. No. 25,021.

Action for damages to a shipment. Action dismissed. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the second division of this court for the first

district at the March term, 1923. Affirmed. Opinion filed June 26, 1923.

J. M. Connery, *pro se*, for appellant; Charles H. Gorman, of counsel. Loesch, Scofield, Loesch & Richards, for appellees; Theodore Schmidt, of counsel.

Mr. Justice Barnes delivered the opinion of the court.